IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-CR-20674-DPG

UNITED STATES OF AMERICA,
            *Plaintiff,*
v.

JOSE ARMANDO RIVERA GARCIA
            *Defendant.*
_____/

## DEFENDANT'S THIRD UNOPPOSED MOTION TO TRAVEL

Defendant, JOSE ARMANDO RIVERA GARCIA, through undersigned counsel, moves this Honorable Court to enter its Order permitting the Defendant to travel outside of the Southern District of Florida. As grounds for this motion the Defendant alleges:

1) On June 11, 2024, the Defendant was arrested by federal agents and made his initial appearance before the Honorable Jonathan Goodman, United States Magistrate Judge.

2) The Defendant appeared before the magistrate judge where the Court imposed a $100,000.00 + 15% cash bond along with the standard conditions of release. One of which is that the Defendant cannot travel outside of the Southern District of Florida.

3) The government filed its Sixth Superseding Indictment charging the Defendant with Conspiracy to Deliver Misbranded and Adulterated Drugs, in violation of 18 United States Code, Section 371 (Count 1), Conspiracy to Traffic in Medical Products with False Documentation, in violation of 18 United States Code, Section 670 (Count 2), and Conspiracy to Commit Money Laundering, in violation of 18 United States Code, Section 1956(h) (Count 3).

4) The Defendant was arraigned on June 26, 2024.

5) The Count's scheduling order provides for a calendar call on February 5, 2025, and a jury trial on February 10, 2025.   Further, the Defendant and the government have concluded their negotiations surrounding the entry of a plea and anticipate a request for a change of plea within the next thirty (30) days.

6) The Defendant seeks relief from the bond condition restricting his travel to the Southern District of Florida. His reasons for travel are for an installation of materials in a restaurant that were created through his printing business located in Doral, Florida.   He will be traveling to Orlando by automobile and staying a friend's home located at 3170 Armstrong Spring Drive, Kissimmee, Florida.   He would leave Miami on January 30 and return on February 3, 2025.

7) The Defendant sought permission from the Court to travel to Orlando and Puerto Rico [ECF 989] on August 23, 2024, and an Order granting this motion was entered on August 26, 2024 [ECF 990]. Mr. Rivera traveled to Orlando and returned but needed to conclude a business relationship. He was not able to travel to Puerto Rico.

8) Mr. Rivera requested the ability to travel and did travel to Orlando on October 3rd and returned on October 7, 2024.  He traveled to Puerto Rico on October 31st and returned on November 6, 2024 ([ECF 1005 Motion to Travel and its corresponding Order [ECF 1006]).

9) The Defendant has no violations of any condition of bond.

10) The undersigned has communicated with assistant United States attorney, Frank Tamen, who has stated that they have no objection to the Defendant's travel.

WHEREFORE, the Defendant, JOSE ARMANDO RIVERA GARCIA, respectfully requests that this Court grant this instant motion and permit the Defendant to travel to Orlando, Florida.

Dated: January 28, 2025.

Respectfully submitted,

**MICHAEL R. BAND, P.A.**

1224 Alfred I. DuPont Building
169 East Flagler Street
Miami, Florida 33131
Telephone: 305.372.8500
Email: michael@bandlawfirm.com
/s/ *Michael R. Band*

Michael R. Band
Florida Bar No. 228338

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 28th of January 2025, the undersigned attorney electronically filed the foregoing document with the Clerk of Court.

/s/ *Michael R. Band*

Michael R. Band