IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-CR-20674-DPG

UNITED STATES OF AMERICA,
          *Plaintiff,*
v.

JOSE ARMANDO RIVERA GARCIA
          *Defendant.*
_____/

_____/
**(PROPOSED) ORDER ON DEFENDANT'S THIRD UNOPPOSED MOTION TO TRAVEL**

THIS CAUSE coming on to be heard on the Defendant's Third Unopposed Motion to Travel and the Court having reviewed said Motion and otherwise being advised in the premises, it is hereby

**ORDERED and ADJUDGED** that the Defendant, JOSE ARMANDO RIVERA GARCIA, shall be permitted to travel to: Orlando, Florida from January 30 through February 3, 2025, and

**DONE and ORDERED** this _____ day of January 2025, at Miami, Florida.

_____

Darren P. Gayles
United States District Judge