IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-20674-CR-DPG

UNITED STATES OF AMERICA,
        *Plaintiff,*
v.

JOSE ARMANDO RIVERA GARCIA
        *Defendant.*
-------------------------------------------------/

### ORDER ON DEFENDANT'S THIRD UNOPPOSED MOTION TO TRAVEL

**THIS CAUSE** coming on to be heard on the Defendant's Third Unopposed Motion to Travel [ECF No. 1070] and the Court having reviewed said Motion and otherwise being advised in the premises, it is hereby

**ORDERED and ADJUDGED** that the Defendant, JOSE ARMANDO RIVERA GARCIA, shall be permitted to travel to: Orlando, Florida from January 30 through February 3, 2025, and

**DONE and ORDERED** this 28th day of January 2025, at Miami, Florida.

                                                DARRIN P. GAYLES
                                                UNITED STATES DISTRICT JUDGE