UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-20674-CR-GAYLES/LOUIS

UNITED STATES OF AMERICA

v.

JOSE ARMANDO RIVERA GARCIA,

        Defendant.

_____/

## ORDER AFFIRMING AND ADOPTING REPORT OF MAGISTRATE JUDGE

**THIS CAUSE** comes before the Court on Defendant Jose Armando Rivera Garcia's ("Defendant") Motion to Dismiss the Indictment (the "Motion"). [ECF No. 1008]. The Court referred the Motion to Magistrate Judge Lauren F. Louis, pursuant to 28 U.S.C. § 636(b)(1)(B), for a Report and Recommendation. [ECF No. 1014]. On January 15, 2025, Judge Louis issued a Report recommending that the Court deny the Motion (the "Report"). [ECF No. 1063]. No objections were filed to the Report.

A district court may accept, reject, or modify a magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1). Those portions of the report and recommendation to which objection is made are accorded *de novo* review, if those objections "pinpoint the specific findings that the party disagrees with." *United States v. Schultz*, 565 F.3d 1353, 1360 (11th Cir. 2009); *see also* Fed. R. Civ. P. 72(b)(3). Any portions of the report and recommendation to which *no* specific objection is made are reviewed only for clear error. *Liberty Am. Ins. Grp., Inc. v. WestPoint Underwriters, L.L.C.*, 199 F. Supp. 2d 1271, 1276 (M.D. Fla. 2001); *accord Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006).

Defendant has moved to dismiss the Indictment due to the Government's alleged pre-indictment and post-indictment delays. In her Report, Judge Louis found that the Government did not deliberately delay the Indictment to gain a tactical advantage and that post-indictment delay was not prejudicial to the Defendant. The Court has reviewed the record and finds no clear error with Judge Louis's well-reasoned analysis and conclusion that the Motion should be denied. Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

(1)   The Report and Recommendation [ECF No. 1063] is **ADOPTED in FULL**;

(2)   Defendant's Motion to Dismiss the Indictment [ECF No. 1008] is **DENIED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 3rd day of February, 2025.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE