UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-20674-Cr-GAYLES

UNITED STATES OF AMERICA

vs.

JOSE RIVERA GARCIA,

          **Defendant.**

_____ /

## FACTUAL PROFFER

The United States of America and defendant Jose Rivera Garcia ("Rivera") hereby stipulate and agree to the following facts, which form the basis for the defendant's plea of guilty to Count 2/3 of the Sixth Superseding Indictment. The defendant stipulates that the United States could prove these facts beyond a reasonable doubt if this case were to go to trial.

1. During the time period of the charged offense, Rivera was working with codefendants in some of their business activities. Rivera became aware that some of those activities involved the distribution and sale of diverted pharmaceuticals.

2. Diverted pharmaceuticals are prescription drugs such as HIV treatments that were obtained by buying them from recipients to whom they were prescribed or through health care fraud. Such drugs are extremely expensive at legitimate retail prices. However, conspirators in this case were able to buy them from such sources in quantities, at greatly discounted prices. This allowed them to sell the medicines at very high profits.

3. The marketing of such drugs requires the preparation of transaction history reports,

also known as "pedigrees", that identify the medicine, the manufacturer, dosage, lot number, and all prior purchases and sales of the drugs in that shipment. In addition, these medicines can only be distributed pre-retail by licensed pharmaceutical wholesalers. In order to carry out this scheme, the conspirators prepared falsified pedigrees that claimed the drugs in each shipment had been purchased from manufacturers, or from other, legitimate wholesalers.

4. In 2018, a codefendant made arrangements to sell quantities of diverted pharmaceuticals to LLC Wholesale Supply LLC in Arizona ("LLC"), using co-conspirators to make the connections for the deal. The codefendant needed a company, bank account, and a front man to carry out this operation.

5. Rivera had been assisting one this codefendant in setting up corporations, obtaining pharmaceutical wholesale licenses for them, and opening back accounts. Rivera worked with another co-defendant to follow through with sales of diverted drugs to LLC. They agreed that that codefendant would be the ostensible owner of the corporation and the signatory on its bank account. Rivera prepared and submitted the pharmaceutical wholesale licensing application and prepared the documentation for a corporation, LDD Distributors LLC, that the codefendant would operate. Rivera paid for airline tickets for the codefendant to travel to Connecticut in order to open the corporation there. Rivera also prepared the documents for a corporate bank account for the codefendant to open an account at a Connecticut branch of TD Bank.

6. The codefendant thereafter engaged in sales of diverted pharmaceuticals from LDD Distributors to LLC between 2018 and 2019 that totaled approximately $7.3 million. The proceeds of the sales were paid by check or wire-transferred from LLC's account to the LDD Distributors' account at TD Bank. From there, money was wire-transferred in a series of transactions through multiple accounts in different corporate names, to provide for the purchases

of additional diverted drugs and to provide the profits to the conspirators. Rivera assisted in opening some of those companies and bank accounts.

7. Rivera knew that the bank accounts and money transfers were designed to conceal the nature and source of the funds, and their ownership and control. Some of the money was ultimately withdrawn in cash from banks in Miami and used to pay the members of the conspiracy. It was also used for the purchase of additional diverted drugs.

8. Diverted drugs were shipped from various locations using falsified pedigrees to make it appear that they had been purchased through legitimate modes of such commerce, when in fact they had been bought on the streets from unknown sources. The drugs were shipped via an interstate commercial carrier, FedEx, to LLC in Arizona.

_____
JOSE RIVERA-GARCIA
Defendant

_____
MICHAEL R. BAND
Defense Counsel

_____
FRANK H. TAMEN
Assistant United States Attorney

25 Jan 2025
_____
DATE