IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NOs. 19-CR-20674-DPG
25-CR-20154-DPG

UNITED STATES OF AMERICA,
*Plaintiff,*
v.

JOSE ARMANDO RIVERA GARCIA
*Defendant.*
_____/

**DEFENDANT'S FOURTH UNOPPOSED MOTION TO TRAVEL**

Defendant, JOSE ARMANDO RIVERA GARCIA, through undersigned counsel, moves this Honorable Court to enter its Order permitting the Defendant to travel outside of the Southern District of Florida. As grounds for this motion the Defendant alleges:

1) On June 11, 2024, the Defendant was arrested by federal agents and made his initial appearance before the Honorable Jonathan Goodman, United States Magistrate Judge (Case No. 19-cr-20674).

2) The Defendant appeared before the magistrate judge where the Court imposed a $100,000.00 + 15% cash bond along with the standard conditions of release. One of which is that the Defendant cannot travel outside of the Southern District of Florida.

3) The government filed its Sixth Superseding Indictment charging the Defendant with Conspiracy to Deliver Misbranded and Adulterated Drugs, in violation of 18 United States Code, Section 371 (Count 1), Conspiracy to Traffic in Medical Products with False Documentation, in violation of 18 United States Code, Section 670 (Count 2), Section 1956(h) (Count 3).

4) The Defendant was arraigned on June 26, 2024, in Case No. 19-cr-20674.

5) On April 11, 2025, Mr. Rivera surrendered and appeared before the magistrate judge and entered a plea of not guilty to the single count Information charging him with Conspiracy to Traffic in Pre-Retail Medical Products with False Documentation, in violation of 18 U.S.C. § 670.

6) On June 24, 2025, the Defendant entered his pleas of guilty to Count 3 of the Indictment in Case No. 17-cr-20674 and to the Information in 25-cr-20154.

7) Sentencing in both cases has been scheduled for September 18, 2025.

8) The Defendant seeks relief from the bond condition restricting his travel to the Southern District of Florida. His reason for travel is to vacation with his family before he surrenders to the Bureau of Prisons. Fourteen (14) members of his family and friends will accompany him.

9) The Defendant has traveled on three separate occasions pursuant to court order [DE 990, DE 1006 and 1071] and complied with the court-imposed conditions.

10) Mr. Rivera would like to travel on July 26 through August 3, 2025, to Ana Maria Island, Florida. He will be staying at 103 Highland Avenue, Bradenton Beach, Florida 34217.

11) The Defendant has no violations of any condition of bond.

12) The undersigned has communicated with assistant United States attorneys, Frank Tamen and Jacqueline DerOvanesian, and United States Probation Officer Norma Martinez, who have stated that they have no objection to the Defendant's travel.

WHEREFORE, the Defendant, JOSE ARMANDO RIVERA GARCIA, respectfully requests that this Court grant this instant motion and permit the Defendant to travel to Ana Maria Island, Florida.

Dated July 15, 2025.

                        Respectfully submitted,

                        **MICHAEL R. BAND, P.A**.
                        *Counsel for Defendant*
                        1224 Alfred I. DuPont Building
                        169 East Flagler Street
                        Miami, Florida 33131
                        Tel: 305.772.8500
                        Fax: 305.372.8504
                        Email: michael@bandlawfirm.com

                        */s/ Michael R. Band*
                            Florida Bar No. 228338

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed electronically using the Court's CM/ECF system on this 14th day of July 2025.

                        */s/ Michael R Band*