IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NOs. 19-CR-20674-DPG
25-CR-20154-DPG

UNITED STATES OF AMERICA,
*Plaintiff,*

v.

JOSE ARMANDO RIVERA GARCIA
*Defendant.*
_____/

## (PROPOSED) ORDER ON DEFENDANT'S FOURTH UNOPPOSED MOTION TO TRAVEL

THIS CAUSE coming on to be heard on the Defendant's Fourth Unopposed Motion to Travel and the Court having reviewed said Motion and otherwise being advised in the premises, it is hereby

**ORDERED and ADJUDGED** that the Defendant, JOSE ARMANDO RIVERA GARCIA, shall be permitted to travel to: Ana Maria Island, Florida from July 26 through August 3, 2025.

**DONE and ORDERED** this _____ day of July 2025, at Miami, Florida.

_____
Darren P. Gayles
United States District Judge