IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE No.  19-20674-CR-GAYLES
25-20154-CR-GAYLES

UNITED STATES OF AMERICA,

v.

JOSE ARMANDO RIVERA GARCIA,
*Defendant.*

_____/

## ORDER ON DEFENDANT'S FOURTH UNOPPOSED MOTION TO TRAVEL

THIS CAUSE coming on to be heard on the Defendant's Fourth Unopposed Motion to Travel [ECF No. 1125] and the Court having reviewed said Motion and otherwise being advised in the premises, it is hereby

ORDERED and ADJUDGED that the Defendant, JOSE ARMANDO RIVERA GARCIA, shall be permitted to travel to: Ana Maria Island, Florida from July 26 through August 3, 2025. The Defendant shall provide a detailed itinerary to his Probation Officer.

DONE and ORDERED this 15th day of July 2025, at Miami, Florida.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE