UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO(s): 19-CR-20674-GAYLES
25-CR-20154-GAYLES

UNITED STATES OF AMERICA

*Plaintiff,*

v.

BORIS ARENCIBIA
JOSE ARMANDO RIVERA GARCIA

*Defendants*.

_____/

## DEFENDANTS', ARENCIBIA AND RIVERA'S UNOPPOSED MOTION TO CONTINUE SENTENCING

COMES NOW the Defendants, Boris Arencibia and Jose Armando Rivera Garcia, by and through undersigned counsel, pursuant to the Federal Rule of Criminal Procedure 47 and hereby file their Unopposed Motion to Continue Sentencing and as grounds therefore would state as follows:

1.  The Defendants' sentencing is scheduled for September 18, 2025, at 1:30pm.

2.  Counsel for the Defendants received the final draft of the Presentence Investigation Reports on August 20, 2025.  The draft

of the Presentence Investigation Report is eighty-two pages in length. The Report references the two cases the Defendants entered pleas of guilty.

3.  The delay in distributing the Presentence Investigation Report inhibits and impedes the Defendants' preparation for their sentencing. That is, undersigned counsel as well as the Defendants need sufficient time to digest, review, and respond to the Presentence Investigation Report. Should there be a need to file objections or clarifications to the Report the truncated time between the filing of the Report and the sentencing date would not allow for an appropriate response.

4.  Counsel themselves have been hindered by their summer vacation schedules.  Mr. Quintero only returned to the office on August 26, and Mr. Band will be out of the office the week of September 1.

5.  The Presentence Investigation Reports suggest what in counsels' minds are an exaggerated and incorrect calculation of the guidelines in contravention to the plea agreement and the underlying facts.

6. Counsel need additional time to compose a response to the Presentence Investigation Report to highlight facts and law to better provide the Court with a true range of sentencing options.

7. Counsel has reached out to the lead prosecutors, assistant United States Attorney Frank Tamen and Department of Justice attorney Jaqueline DerOvanesian, who have no objection to continuing the sentencing.

8. Counsel seek a continuance to September 30 to respond and offer objections to the Presentence Investigation Report and a sentencing date after the 20th of October 2025

9. The Defendants' motion is made in good faith and in the interests of justice.

WHEREFORE, for good cause shown, the Defendants, Boris Arencibia and Jose Armando Rivera Garcia, respectfully request that this Honorable Court enter its Order continuing the sentencing date and the date to file their objections.

Respectfully submitted,

| | |
|---|---|
| **Michael R. Band, P.A.**<br>*Attorney for Jose Rivera Garcia*<br><br>1224 Alfred I. DuPont Building<br>169 East Flagler Street<br>Miami, Florida 33131<br>Tel: 305.372.8500<br>Fax: 305.372.8504<br>Email: michael@bandlawfirm.com<br><br>/s/ *Michael R. Band*<br><br>Michael R. Band<br>Florida Bar. No. 228338 | **QUINTERO BROCHE &**<br>**FONSECA-NADER, P.A.**<br>*Attorneys for Boris Arencibia*<br><br>75 Valencia Avenue, Suite 800<br>Coral Gables, Florida 33134<br>Tel: (305)446-0303<br>Fax: (305)446-4503<br>Email: fquintero@quinterolaw.net<br><br>By: */s/ Frank Quintero, Jr.*<br>   FRANK QUINTERO, Jr.<br>   Florida Bar No. 399167 |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 1st of September 2025, a true and correct copy of the foregoing was furnished via the CM/ECF system to all parties designated to receive electronic filings in this cause.

s/ *Michael R. Band*

Michael R. Band