UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO(s): 19-CR-20674-GAYLES
25-CR-20154-GAYLES

UNITED STATES OF AMERICA

        *Plaintiff,*

v.

BORIS ARENCIBIA
JOSE ARMANDO RIVERA GARCIA

        *Defendants*.
_____/

## (PROPOSED) ORDER ON DEFENDANTS', ARENCIBIA AND RIVERA'S UNOPPOSED MOTION TO CONTINUE SENTENCING

THIS CAUSE coming on to be heard on the Defendants Unopposed Motion to Continue the Sentencing hearing and the Court having reviewed said Motion and otherwise being advised in the premises, it is hereby

**ORDERED and ADJUDGED** that the Defendants, Boris Arencibia and Jose Armando Rivera Garcia Unopposed Motion to Continue their sentencing hearing is **GRANTED**. Sentencing will be rescheduled for October \_\_, 2025.

It is further **ORDER and ADJUDGED** that the Defendants have until September 30, 2025, to file their Objections to the Presentence Investigation Report.

**DONE and ORDERED** this \_\_\_ day of September 2025, at Miami, Florida.

_____
DARREN P. GAYLES
UNITED STATES DISTRICT JUDGE

Copies to all Counsel

United States Probation Office