UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-20674-Cr-GAYES

UNITED STATES OF AMERICA

v.

JOSE RIVERA GARCIA

        **Defendant.**

_____/

**GOVERNMENT'S RESPONSE TO DEFENDANT'S OBJECTIONS
TO PSI REPORT AND REQUEST FOR DOWNWARD VARIANCE**

Defendant Jose Rivera Garcia (Rivera) has filed a set of objections to the sentencing guidelines calculations in his PSI Report, and a request for a sentence below the guideline level, in D.E. 1151.

Subsequent to the defendant's pleading, the United States and both remaining defendants, Rivera and Arencibia, filed a joint set of objections to the guidelines calculations in the PSI (D.E. 1156). The United States recognizes that the Probation Office's guideline calculations are the product of a reasoned application of the facts. However, the United States believes that the interpretations of the guidelines agreed to by the parties in their plea agreements are more appropriate under the complex circumstances of this case. Hence the United States advocates that the court adopt the calculations in the plea agreements, not simply because the parties have agreed to them, but because they comprise the more accurate and correct applications of the guidelines to the operative facts of the defendants' offense conduct.

Defendant Rivera's descriptions of the two cases for which he is to be sentenced, in the "Background" portion on page 5, is not accurate. Contrary to his assertion, the two cases were not "part of a single, continuous conspiracy". To the contrary, they were entirely separate and successive conspiracies

– to commit the same offenses, certainly – but at different time periods and involving a different set of participants.

This fact is made obvious from the dates and the names in the two cases. The 2019 case encompassed a conspiracy that began in 2013 and was abruptly shut down in May 2019 when Federal agents executed search warrants at the business premises of two of the principle offenders. The first indictment was filed in October 2019, and arrests commenced days later.

The 2025 case charges a conspiracy that <u>began</u> in March, 2022. By that date, A Superseding Indictment had been filed in the 2019 case. Fourteen defendants had already been indicted and arrested, eight of whom had by then pled guilty, and six were pending trial.

Having not (yet) been brought to justice in that case, defendants Rivera and Arencibia apparently assumed they had evaded the law, and could continue to do so. So they formed a new front corporation (Eclipse), recruited a new set of conspirators, and marketed their drugs through entirely new and different outlets.

This conduct exemplifies these defendants' attitudes of impunity: Launching another compsiracy even while fourteen of their previous co-conspirators were, one after another, getting sentenced to years of imprisonment.

This impunity undermines the defendant's request for any downward variance. The portion of his filing designated "<u>Objections</u>" seeks a downward variance focused on the 2025 case, so will not be addressed herein. The United States will recommend a sentence that is consistent with the plea agreement

for the 2019 case, on the grounds already set out in the "Joint Objections" filing.

        Respectfully submitted,

        JASON A. REDING QUIÑONES
        UNITED STATES ATTORNEY

By:   /s/Frank H. Tamen
       FRANK H. TAMEN
       Assistant United States Attorney
       Florida Bar No. 261289
       99 Northeast 4th Street, Suite 700
       Miami, Florida 33132-2111
       Telephone: 305-961-9022
       Email: Frank.Tamen@usdoj.gov

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 16, 2025, the undersigned electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

By:  /s/ Frank H. Tamen
      Frank H. Tamen
      Assistant United States Attorney