

**Med-Care MEDICAL CENTER**

9732 SW 24th Street, Miami FL, 33165
Phone: 305-221-0660
Fax: 305-221-0696

July 9th, 2025

To Whom It May Concern,

**Re: Medical Necessity of Support for Maria Garcia, DOB:07/09/1940**

I am writing this letter in my capacity as the treating physician of Maria Garcia, who is under my care for ongoing medical concerns. After careful assessment of her physical and mental health status, it is my professional opinion that she is currently unable to live independently and requires daily support to ensure her safety, comfort, and continuity of care.

Maria Garcia suffers from Diabetes Mellitus, cognitive impairment due to dementia, and cerebral infarction, which significantly impair her ability to perform essential activities of daily living such as meal preparation, medication management, mobility, and personal hygiene. Living alone would pose substantial risks to her well-being, including increased chances of injury, medication errors, social isolation, and poor health outcomes.

Considering these challenges, it is medically necessary for her to receive assistance from a dedicated caregiver. Her son, Jose Rivera, DOB: 06/18/1980, has been providing consistent, compassionate support, enabling her to remain in a stable, supportive home environment. His involvement is vital in promoting her comfort and ensuring she receives appropriate care in a setting that supports her physical and emotional health.

I strongly recommend that Maria Garcia continue to reside with her son, as this arrangement has proven to be beneficial for her health and quality of life. Any disruption to this support structure could have detrimental effects on her condition and overall well-being.

Please feel free to contact me if further information or clarification is required.

Sincerely,

Carlos Navarro, APRN

Carlos Navarro, APRN
APRN
DEA: MN42_____