EXHIBIT A

| NAME | COUNT | PLEA AGREEMENT POINTS | LOSS AMOUNT | ROLE ADJUSTMENT | SENTENCE DATE | ORIGINAL SENTENCE | AMMENDED SENTENCE | REDUCTION PERCENTAGE | TIME SERVED |
|---|---|---|---|---|---|---|---|---|---|
| JOSHUA RYAN JOLES | CONSP TO TRAFFIC IN MEDICAL PRODUCTS WITH FALSE DOCUMENTATION, CONSP TO COMMIT MONEY LAUNDRY | | $78,000,000.00 | NO | 7/30/2021 | 76 MONTHS | 51 MONTHS TIME SERVED | 20% | 14 MONTHS |
| MOHAMMAD MEHDI SALEMI | CONSP TO TRAFFIC IN MEDICAL PRODUCTS WITH FALSE DOCUMENTATION, CONSP TO COMMIT MONEY LAUNDRY | 118 MONTHS | $78,000,000.00 | NO | 2/25/2021 | 60 MONTHS | 58 MONTHS | 2% | IN CUSTODY AS OF FEB 2024 |
| ANGEL CAMINERO ALVAREZ | | | | | | | | | |
| LEONIDES HERRERA | CONSPIRACY TO COMMIT MONEY LAUNDRY | 23 | NO MORE THAN 9.5 M | NO | 10/20/2022 | 46 MONTHS | N/A | N/A | 26 MONTHS |
| STEPHEN MANUEL ACOSTA | CONSP TO TRAFFIC IN MEDICAL PRODUCTS WITH FALSE DOCUMENTATION, CONSP TO COMMIT MONEY LAUNDRY | | | NO | 7/16/2025 | 168 MONTHS | N/A | N/A | IN CUSTODY |
| LEAH SOLOMON | CONSPIRACY TO COMMIT MONEY LAUNDRY | | MORE THAN 9.5M | NO | 2/17/2022 | 30 MONTHS | N/A | N/A | 16 MONTHS |
| DAVID RAMIREZ GARCIA | FALSIFY OR ALTER DOCUMENTATION OF MEDICAL PRODUCTS. | | $78,000,000.00 | NO | 10/26/2021 | 30 MONTHS | N/A | N/A | 18 MONTHS |
| RUBEN R RODRIGUEZ DIAZ | CONSPIRACY TO COMMIT MONEY LAUNDRY | 19 | $550,000.00 | NO | | PROBATION 3YRS | | | PROBATION |

| NAME | COUNT | PLEA AGREEMENT POINTS | LOSS AMOUNT | ROLE ADJUSTMENT | SENTENCE DATE | ORIGINAL SENTENCE | AMMENDED SENTENCE | REDUCTION PERCENTAGE | TIME SERVED |
|---|---|---|---|---|---|---|---|---|---|
| RAFAEL ANGEL ROMERO | CONSPIRACY TO COMMIT MONEY LAUNDRY | | $10,000,000.00 | NO | 3/3/2023 | 60 MONTHS | N/A | N/A | 28 MONTHS |
| KADIR DIAZ | CONSP TO TRAFFIC IN MEDICAL PRODUCTS WITH FALSE DOCUMENTATION, CONSP TO COMMIT MONEY LAUNDRY | 26 | $21,000,000.00 | NO | | 60 MONTHS | 30 MONTHS TIME SERVED | 50% | 15 MONTHS |
| FRANK ALVAREZ | CONSP TO DELIVER MISBRANDED AND ADULTERED DRUGS, FALSIFY OR ALTER DOCUMENTATION OF MEDICAL PRODUCTS | | 9.5 M TO 25 M | NO | 10/20/2022 | 87 MONTHS | 24 MONTHS | 72% | 13 MONTHS |
| JORGE ISAAC PAIZ | CONSP TO TRAFFIC IN MEDICAL PRODUCTS WITH FALSE DOCUMENTATION, CONSP TO COMMIT MONEY LAUNDRY | 26 | 9.5 M TO 25 M | NO | 10/20/2022 | 87 MONTHS | 42 MONTHS | 52% | IN CUSTODY |
| CARLOS ROBIN GONZALEZ | FALSIFY OR ALTER DOCUMENTATION OF MEDICAL PRODUCTS | | 9.5 M TO 25 M | NO | 10/20/2022 | 36 MONTHS | 12 MONTHS 1 DAY | 65% | 6 MONTHS |
| ADRIAN CAMBARA ORTIZ | CONS MONEY LAUNDRY | 23 | 3.5 M TO 9.5 M | NO | 10/20/2022 | 46 MONTHS | 34 MONTHS | 25% | 18 MONTHS |
| LAZARO R HERNANDEZ | CONSP TO TRAFFIC IN MEDICAL PRODUCTS WITH FALSE DOCUMENTATION, CONSP TO COMMIT MONEY LAUNDRY | | $78,000,000.00 | NO | N/A | 188 MONTHS | N/A | N/A | IN CUSTODY |
| ELADIO VEGA | CONSP TO TRAFFIC IN MEDICAL PRODUCTS WITH FALSE DOCUMENTATION | | $33,000,000.00 | NO | | 87 MONTHS | N/A | N/A | IN CUSTODY |
| GUSTAVO LINARES | CONSP TO TRAFFIC IN MEDICAL PRODUCTS WITH FALSE DOCUMENTATION | | NO MORE THAN 9.5 M | NO | 5/1/2025 | 36 MONTHS | N/A | N/A | IN CUSTODY |

| NAME | COUNT | PLEA AGREEMENT POINTS | LOSS AMOUNT | ROLE ADJUSTMENT | SENTENCE DATE | ORIGINAL SENTENCE | AMMENDED SENTENCE | REDUCTION PERCENTAGE |
|---|---|---|---|---|---|---|---|---|
| DIOSDAN ALVARADO | MISBRANDED DRUGS | 21 | 3.5-TO 9.5M | NO | | 57 MONTHS | | |
| ALEX ORIA | MISBRANDED DRUGS | 23 21 IF FIRST OFFENSE | 3.5-TO 9 M | NO | | | | |
| OREL VALDESPINO | CONSP MONEY LAUNDRY | 20 | 3.5-TO 9.5M | NO | | 33 MONTHS | | TIME SERVED |