UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE № 19-cr-20674-GAYLES
CASE № 25-cr-20154-GAYLES

UNITED STATES OF AMERICA,

    *Plaintiff,*

v.

JOSE ARMANDO RIVERA,

    *Defendant.*

_____/

**NOTICE OF FILING**
**LETTERS OF SUPPORT ON BEHALF OF THE DEFENDANT, JOSE ARMANDO RIVERA**

JOSE ARMANDO RIVERA by and through the undersigned counsel, hereby gives notice of the filing of letters of support from the following individuals:

1) Annette Linares

2) Lianely Nieves-Cartagena

3) Lynette Chico

4) Alexander Luna

5) Yisell Campos

6) Lizneri Cartagena Marrero

7) Erik Rolon Suarez

8) Richie Miranda

9) Jinnette Rodriguez

Respectfully submitted,

**MICHAEL R. BAND, P.A.**
1224 Alfred I. DuPont Building
169 East Flagler Street
Miami, FL 33131•1210
Tel: 305•372•8500
Fax: 305•372•8504
Email: michael@bandlawfirm.com

*s/ Michael R. Band*

MICHAEL R. BAND
Florida Bar № 228338

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22nd day of October 2025, a true and correct copy of the foregoing Notice of Filing: Letters of Support was furnished to all counsel on the list of counsel designated to receive electronic filings in this case.

*s/ Michael R. Band*

MICHAEL R. BAND