# EYRS

October 6, 2025

United States District Court
Southern District of Florida – Miami Division Miami, Florida
**Re: Character Support Letter – Mr. José A. Rivera García**

Honorable Judge:

I respectfully address this Honorable Court to express my support for, and attest to the character of, Mr. José A. Rivera García, whom I have known since 2014. Since then, we have developed a close and consistent friendship that has allowed me to know him deeply through different stages of his life.

Over the years, I have observed with admiration José's unwavering dedication to his family— not only to his blood relatives, but also to a broad network of individuals whom he considers part of his extended family. His willingness to be present, to accompany, and to support others has been a constant in his life.

I would like to particularly highlight his devotion to his parents. José accompanied his father until his final days, ensuring he received the best care and attention possible. Today, he maintains that same level of dedication toward his mother, assuming a central role in her well-being. Within his immediate family, José is truly the one who has been there for them, despite the personal circumstances he currently faces.

Throughout my years and my professional trajectory as well as my experience as the Secretary of Corrections and Rehabilitation of Puerto Rico (2016 -2019)—which has allowed me to interact with people from many levels and contexts—I have encountered a wide range of personalities and behaviors. Frankly, very few people I have met exhibit the genuine selflessness that José shows when it comes to his family and friends. While he is currently undergoing certain personal learning processes, that should not mean he must do so away from his family or at the cost of denying support to those who need him most—particularly his mother, whose health is compromised—and his friends, who are also part of his support network.

For all these reasons, I can confidently state that José is a committed, caring, and deeply family-oriented individual. His presence is vital to those around him, and his character reflects values of responsibility and devotion toward his loved ones.

I sincerely appreciate the opportunity to share these personal impressions with this Honorable Court.

Respectfully,

**Erik Y. Rolón Suárez, Esq., LLM**



# EYRS

