

August 15, 2025

Honorable Darrin P. Gayles
United states District Court
Southern District of Florida

This letter serves to provide my highest and unreserved recommendation for Mr. José Rivera Garcia. It is both a professional privilege and a personal pleasure to compose this testament to his character and accomplishments.

My association with Mr. Rivera Garcia is longstanding, extending to the earliest stages of his life. This unique perspective allows me to attest not only to his professional competencies but also to the fundamental integrity that defines his person. For many years, I had the distinct honor of working alongside his mother, Mrs. Maria Garcia, who served as the Controller and Administrator for our firm with unparalleled dedication and skill. It was through this professional relationship and our subsequent familial friendship that I witnessed Mr. Rivera Garcia's development firsthand.

He is the product of an exceptional legacy, deeply rooted in commitment to community and culture. His late father, a revered icon within the Puerto Rican government's cultural sphere, bequeathed a profound passion for the arts. Mr. Rivera Garcia has not only embraced this legacy but has also expanded upon it with formidable vision and acumen. He has been instrumental in the cultivation and development of artistic talent, the orchestration of significant cultural events, and the production of influential media. His work has demonstrably contributed to establishing contemporary benchmarks and strategic objectives that now guide local and international cultural and entertainment industry.

A critical component of his professional success is his formidable organizational prowess and his unwavering ethical standards. These attributes have ensured that his projects are executed with precision, transparency, and a results-oriented focus that commands respect from collaborators and competitors alike.

Beyond his professional merits, I must underscore Mr. Rivera Garcia's profound moral character. His unwavering dedication and compassionate care for his parents during their golden years, a time when they needed him most, stands as a powerful testament to his loyalty, selflessness, and core family values. This same dedication is the bedrock of his professional relationships, ensuring that he approaches every commitment with utmost seriousness and integrity.

In summary, José Rivera Garcia possesses a rare combination of professional excellence, innovative vision, and profound personal integrity. He carries forward a distinguished family legacy of service and cultural enrichment while establishing his own preeminent reputation.

I recommend him without any hesitation whatsoever. I am confident that he will be an asset of immense value to any organization, project, or endeavor he chooses to pursue. Please feel free to contact me directly should you require any further information.

Respectfully,

*Richy Miranda-Cortese*

Richy Miranda-Cortese


**1 |** Mr. José Rivera Garcia Recommendation & Acknowledgment

*151 San Francisco Street*
*Suite 200 PMB 0017*
*San Juan, PR 00901*