Anette Linares<br>
16500 SW 67th Terr<br>
Miami FL 33193

October 3 , 2025

**The Honorable Darrin P.Gayles**
United States District Court
Southern District of Florida

**RE: Character Reference for Jose Armando Rivera**

Dear Judge Gayles ,

My name is Anette Linares, and I am writing this letter on behalf of my boyfriend, Jose Rivera. We have been in a committed relationship for the past eight years, and during that time, I have come to know him very well — not just as a partner, but as a genuinely good-hearted man.

Jose is someone who consistently shows loyalty, kindness, and respect to those around him. He is deeply caring, dependable, and takes his responsibilities seriously. Whether it's being there for family in times of need or working hard to contribute to our household, Jose has always done his best to do what's right.

I understand that he is currently facing legal proceedings, and I do not take that lightly. However, I truly believe this situation does not reflect the person he is at his core. Over the years, I've witnessed his growth, his willingness to take accountability, and his genuine desire to do better — not just for himself, but for those who love and depend on him.

Jose is not someone who makes excuses. He understands the importance of learning from mistakes and making positive changes. He has expressed sincere remorse and is committed to making things right. I believe that, with the opportunity, he will continue to grow and contribute positively to his community and to our life together.

Thank you for taking the time to read my letter. I hope you will consider my words and the character of the man I have known and stood by for these past eight years. Jose is deserving of compassion and a chance to prove that he is more than this moment — he is capable of real change and a better future.

Sincerely,

Anette Linares

**Lynette Chico**
🎙️ *Radio Personality* | 💃 *Model* | 🎭 *Actress* | 🎤 *Host*
Phone: (787) 920-3915
Email: lynettechico@gmail.com
Social: @LynetteChico (IG/Twitter/Facebook)

October 6 , 2025

**The Honorable Judge Darrin P.Gayles**
United States District Court Judge

**Dear Honorable Judge**

Dear Honorable Judge

I want to take a moment to talk about someone very special in my life: my great friend José Rivera. José is not just a friend; he is like a brother to me. We have shared more than twenty years of friendship and camaraderie, since I met him working in the entertainment industry. Over the years, we have coincided with different stages of work, and he has always proven to be a responsible, dedicated and committed person with everything he does.

But beyond work, I deeply admire the human being that he is. José is a noble person, with a huge heart and always willing to help others. He never has a "no" when someone needs him. Their sense of family is admirable; He has been an exemplary son, taking care of his mother with love and patience, who has lived with him for several years and faces different health conditions. José is always aware of everything, without complaining, with that calm and supportive character that distinguishes him so much.

I have also had the opportunity to see him in many stages of his life, and in all of them he has been a man of integrity, honesty and generosity. He is one of those friends that one can count on the fingers of one hand, those who are in good times and bad. My daughter calls him "Uncle", because the affection we have for him goes far beyond friendship: he is part of our family.

I admire him, respect him and above all I thank him for so many years of sincere friendship. José Rivera is, without a doubt, an example of kindness, commitment and loyalty.

Lynette Chico

Honorable Judge Darrin P. Gayles

Dear Judge Gayles:

My name is Alexander Luna. I am 22 years old and I want to tell you about the impact my stepdad, Jose Rivera, has had on my life.

Jose entered my life when I was still growing up and trying to figure out who I wanted to become. He led by example, showing me how to be responsible, work hard, and care for family. He has never been just a stepdad; he has been a mentor and a father figure who has always been there for me.

I have seen how much love he gives to everyone around him, especially my nieces who adore him and look up to him as the only grandfather and father figure they know. He is the person they run to when they need comfort, advice, or just someone to make them feel safe. His presence has kept our family strong and united.

Jose is the kind of man who teaches by example. He has guided me through challenges, offered advice when I needed it most, and shown me what it means to stand by your family no matter what. Without him, so much love and stability would be missing from our lives.

Your Honor, I ask you to please consider how important Jose is to all of us. He is not just loved; he is needed. Losing him would leave a space in our family that cannot be filled.

Thank you for taking the time to read my letter.

Sincerely,

Alexander Luna

*Alexander Luna*

Honorable Judge Darrin P. Gayles

Dear Judge Gayles:

My name is Jinette Rodriguez and I am writing this letter on behalf of my stepfather, Jose Rivera. Jose has been an important part of my life since I was 20 years old. From the very beginning he stepped into the role of a father figure for me when I needed one the most. Over the years he has also been the only grandfather my two daughters have truly known. He has helped me raise them alongside my mother with love, patience and guidance.

Jose has been a constant source of support for our family. He has shown up for every milestone in my daughters' lives and has given them the kind of stability and affection that only a true grandfather can provide. They adore him deeply and depend on his presence. Losing him would leave a void in their hearts and in our home.

Beyond the love and care he gives to us, Jose is also the main caregiver for his elderly mother. He helps her with daily needs, ensuring she is safe, comfortable and cared for with dignity. His compassion and selflessness shine through in the way he takes care of his family, always putting others before himself.

Jose is a good man with a kind heart and strong values. He has always worked hard, helped guide me through life's challenges and been someone my family could count on. I know that everyone makes mistakes but I truly believe that Jose is not defined by this situation. Our family, especially my young daughters, needs him at home where he provides love, wisdom and stability.

Your Honor, I respectfully ask for your understanding and leniency when considering his sentence. Jose is deeply loved, needed and valued by all of us. His absence would not only hurt me but also my daughters who look up to him as the only father figure and grandfather they have ever known.

Thank you for your time and consideration.

Respectfully,

Jinette Rodriguez

Yisell Campos
12235 SW 17th Lane , Apt 104
Miami FL 33175

October 4 , 2025

The Honorable Darrin P.Gayles
United States District Court
Southern District of Florida

**Dear Honorable Judge**

Dear Honorable Judge

My name is Yisell Campos, and I am writing this letter on behalf of my friend, Jose Rivera, whom I have had the privilege of knowing for the past seven years.

During this time, I have come to know Jose as a kind, dependable, and supportive person. He has always demonstrated strong moral values and a sincere commitment to the people around him. In particular, he has been a tremendous source of support for me during some of the most difficult times in my life, including my divorce. His encouragement and steady presence helped me navigate that challenging period, and I am deeply grateful for his friendship.

Jose has also had a positive role he has been like a family.

I firmly believe that Jose is a person of integrity and good character. He is someone who consistently puts others before himself, and he demonstrates compassion and reliability in all that he does. I respectfully ask that you consider his good moral character and the positive role he plays in the lives of those around him.

Thank you for your time and consideration.

Respectfully,

Yisell Campos