October 6, 2025

Judge Darrin P. Gayles
United States District Court
Southern District of Florida – Miami Division
Miami, Florida

**Re: Character Letter – José A. Rivera García**

Dear Honorable Judge,

My name is Lianely Nieves Cartagena, and I have known José A. Rivera García since I was a child. To me, José has always been an important figure. He has been present at different moments in my life, taking care of me, advising me, and always treating me with kindness and respect.

From a young age, I saw him as someone I could trust, and to this day he continues to look out for me and my family. He has always been available to help whenever we need it, no matter the circumstances.

That is why I wanted to write these words—to express how grateful I am for everything he has done for me and for others. José has always been a good person, someone who truly cares about those around him.

Sincerely,

**Lianely Nieves-Cartagena**