October 6, 2025

Judge Darrin P. Gayles

United States District Court

Southern District of Florida – Miami Division

Miami, Florida

**Re: Character Letter – José A. Rivera García**

Honorable Judge:

My name is Lizneri Cartagena Marrero, and I have known José A. Rivera García for many years. In the past, we were married, and although life took us on different paths, we have always maintained a close relationship based on respect and sincere friendship.

I have had the opportunity to witness up close how José is someone who dedicates himself wholeheartedly to his family and to those he considers part of it. He has always been available to support, listen, and lend a helping hand whenever needed. Regarding my children, who were under his care for a period of time, I can attest that he was always attentive to their well-being, actively involved in their growth, and provided them with love and guidance as if they were his own.

I have also seen how, over the years, he has remained steadfast in his family role— supporting his mother and extending that same caring attitude to other members of his circle. He is someone people trust because they know that when he is needed, he shows up.

I am writing this letter to share, from my personal experience, the kind of person I have seen in José over time.

Sincerely,

Lizneri Cartagena Marrero