UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO(s): 19-CR-20674-GAYLES

UNITED STATES OF AMERICA

                *Plaintiff,*

v.

JOSE ARMANDO RIVERA

                *Defendant*.

_____/

## **<u>DEFENDANT, RIVERA'S UNOPPOSED MOTION TO POSTPONE HIS SURRENDER AND PERMIT THE DEFENDANT TO TRAVEL</u>**

COMES NOW the Defendant, Jose Armando Rivera, by and through undersigned counsel, pursuant to the Federal Rule of Criminal Procedure 47 and hereby files his Unopposed Motion to Postpone his surrender date and permit him to travel to Puerto Rico and as grounds therefore would state as follows:

1. On October 30, 2025, the Defendant was sentenced by this Court to a term of fifty-seven (57) months imprisonment for Conspiracy to Commit Money Laundering and Conspiracy to Traffic in Pre-Retail Medical Products with False Documentation.

2. The Court set his surrender date for January 2, 2026.

3. The Defendant's mother is afflicted dementia.  He has been able to contract with a care facility "Hogar Serenidad de Amor" on the island of Puerto Rico (both the Defendant and his mother are Puerto Ricans). See attached exhibit.

4. The earliest that the facility could accept the Defendant's mother is January 15, 2026.

5. Mr. Rivera would like to accompany his mother to the facility and assist in her transition.

6. The Defendant would travel from Miami to Puerto Rico on January 15 and return from the island on the 18th of January 2026. He would surrender to his designated facility (or the United States Marshal) on January 20, 2026.

7. Counsel has reached out to the lead prosecutor, assistant United States Attorney Frank Tamen, who has no objection to the postponement of his surrender and travel to Puerto Rico.

WHEREFORE, for good cause shown, Defendant Jose Armando Rivera, respectfully requests that this Honorable Court enter its Order postponing his surrender date to January 20, 2026, and allow him to travel with his mother to Puerto Rico.

Respectfully submitted,

**Michael R. Band, P.A.**

1224 Alfred I. DuPont Building
169 East Flagler Street
Miami, Florida 33131
Tel: 305.372.8500
Fax: 305.372.8504
Email: michael@bandlawfirm.com

s/ *Michael R. Band*

Michael R. Band
Florida Bar. No. 228338

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 22nd of December 2025, a true and correct copy of the foregoing was furnished via the CM/ECF system to all parties designated to receive electronic filings in this cause.

s/ *Michael R. Band*

Michael R. Band