

**Parcelas Hill Brother Calle 1 -341H**
**San Juan, PR 00924**
**787-940-5977**

November 20, 2025

Jose Armando Rivera
16500 SW 67 Terr
Miami, FL 33193

Re: Maria L. Garcia

Dear Jose Armando Rivera,

We are pleased to inform you that the application for residency for, Maria L Garcia at **Hogar Serenidad de Amor** has been accepted. We look forward to welcoming your mom into our community.

At this time, all current rooms are fully occupied. However, we anticipate availability beginning **January 15**, and we are reserving this date as your official move-in date. If a space becomes available sooner, we will notify you immediately.

Please contact our office at **787-940-5977** if you have any questions or need assistance with preparations prior to your arrival.

We appreciate your patience and look forward to providing you with a comfortable and supportive living environment.

Warm regards,

*Elias Barral*
**Elias Barral**
**President**
**Hogar Serenidad de Amor**