UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 19-CR-20674-GAYLES

UNITED STATES OF AMERICA

v.

JOSE ARMANDO RIVERA,

    *Defendant*.

_____/

## ORDER ON MOTION TO POSTPONE HIS SURRENDER AND PERMIT THE DEFENDANT TO TRAVEL TO PUERTO RICO

**THIS CAUSE** coming on to be heard on the Defendant's Motion to Postpone his Surrender and Permit the Defendant to Travel [ECF No. 1175] and the Court having received said Motion and otherwise being advised in the premises, it is hereby

**ORDERED and ADJUDGED** that the Defendant, Jose Armando Rivera shall have his surrender date rescheduled to January 20, 2026, and

It is further, **ORDERED and ADJUDGED,** that the Defendant shall be permitted to travel to Puerto Rico from Miami, Florida, on January 15th and return to Miami, Florida on the 18th of January 2026. 24 hours prior to his departure, the defendant shall provide a detailed travel itinerary to Probation.

**DONE and ORDERED** this 23rd day of December 2025.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE