UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 19-CR-20674-GAYLES

UNITED STATES OF AMERICA,

        *Plaintiff*,

Vs.

JOSE RIVERA GARCIA,

        *Defendant.*

_____/

**UNOPPOSED MOTION TO EXONERATE AND
DISCHARGE DEFENDANT JOSE RIVERA GARCIA'S BOND**

The Defendant, Jose Rivera Garcia, by and through undersigned counsel, hereby files this Unopposed Motion to Exonerate and Discharge Bond, and as grounds, therefore, would state the following:

1.     On June 11, 2024, the defendant was released on a One Hundred Thousand Dollars ($100,000.00), Fifteen Percent (15%) Bond.

2.     The Fifteen Thousand Dollar ($15,000.00) cash bond was posted by the Defendant's partner, Annette Linares, to the Clerk of Court.  A copy of receipts # 287886 and #287887 from the Clerk's Office is attached hereto as Defense Exhibit "A".

3.     On October 30, 2025, this Honorable Court sentenced Jose Rivera Garcia to fifty-seven (57) months of incarceration followed by three years of supervised release.

4.     The Defendant surrendered to the custody of the Bureau of Prisons on January 20, 2026, and is currently serving his sentence at FCI Coleman, in Sumterville, Florida.

5.     The defendant has fully complied with all the conditions of his appearance bond in this case, and it is therefore requested that the Defendant's bond be exonerated and discharged.

6.      Undersigned counsel has spoken to AUSA Frank Tamen who has stated that the Government has no objection to this Honorable Court granting this motion.

WHEREFORE, the Defendant, Jose Rivera Garcia, respectfully requests that this Honorable Court grant this motion to Exonerate and Discharge the bond in this case and order that the cash bond be returned plus any accrued interest to Annette Linares               .

Respectfully submitted,

By: s/ Michael R. Band
Michael R. Band
Florida Bar No. 228338

MICHAEL R. BAND, P.A.
1224 Alfred I. DuPont Building
169 East Flagler Street
Miami, Florida 33131
TEL: 305.372.8500
FAX: 305.372.8504
E-MAIL: michael@bandlawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 10, 2026, the undersigned electronically filed the foregoing document with the Clerk of the Court using CM/ECF, and the same was delivered to all parties in this case in the same manner.

By:   s/ Michael R. Band
Michael R. Band