Generated: Jun 14, 2024 3:08PM

Page 1/1



# U.S. District Court

## Florida Southern - Miami

Receipt Date: Jun 14, 2024 3:08PM

MULTIMEDIA PRINTING LLC

| Rcpt. No: 287886 | | Trans. Date: Jun 14, 2024 3:08PM | | | Cashier ID: #VT |
|---|---|---|---|---|---|
| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
| 701 | Treasury Registry | DFLS119CR020674 /020<br>FBO: JOSE ARMANDO RIVERA | 1 | 7000.00 | 7000.00 |

| CD | Tender | | | | Amt |
|---|---|---|---|---|---|
| CH | Check | #1178725428 | 06/14/2024 | | $7,000.00 |
| | | | | Total Due Prior to Payment: | $7,000.00 |
| | | | | Total Tendered: | $7,000.00 |
| | | | | Total Cash Received: | $0.00 |
| | | | | Cash Change Amount: | $0.00 |

Comments: 1:19-cr-20674-DPG/JOSE ARMANDO RIVERA BOND REMITTER: MULTIMEDIA PRINTING LLC

Checks and drafts are accepted subject to collection and full credit will only be given when the check or draft has been accepted by the financial institution on which it was drawn.

Generated: Jun 14, 2024 3:12PM                                                                                                    Page 1/1



## U.S. District Court

### Florida Southern - Miami

A PLUS BEHAVIOR SOLUTIONS INC.                                                         Receipt Date: Jun 14, 2024 3:12PM

Rcpt. No: 287887                    Trans. Date: Jun 14, 2024 3:12PM                             Cashier ID: #VT

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| 701 | Treasury Registry | DFLS119CR020674 /020<br>FBO: JOSE ARMANDO RIVERA | 1 | 8000.00 | 8000.00 |

| CD | Tender | | | Amt |
|---|---|---|---|---|
| CH | Check | #1178725425 | 06/14/2024 | $8,000.00 |
| | | | Total Due Prior to Payment: | $8,000.00 |
| | | | Total Tendered: | $8,000.00 |
| | | | Total Cash Received: | $0.00 |
| | | | Cash Change Amount: | $0.00 |

Comments: 1:19-cr-20674-DPG/JOSE ARMANDO RIVERA BOND REMITTER: A PLUS BEHAVIOR SOLUTIONS INC.

Checks and drafts are accepted subject to collection and full credit will only be given when the check or draft has been accepted by the financial institution on which it was drawn.