UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 19-CR-20674-GAYLES

UNITED STATES OF AMERICA,

    Plaintiff,

Vs.

JOSE RIVERA GARCIA,
    Defendant,
_____/

**ORDER GRANTING DEFENDANT'S**
**UNOPPOSED MOTION TO RELEASE AND DISCHARGE BOND**

THIS CAUSE having come before the Court on Defendant's Unopposed Motion to Release and Discharge Bond, and the Court having been otherwise fully advised of the premises herein, it is

**ORDERED AND ADJUDGED** that the Defendants' Motion to Release and Discharge Bond is hereby GRANTED.

It is further ordered that the cash bond heretofore posted by Annette Linares in the amount of $15,000.00, plus any accrued interest, be returned to Annette Linares.

DONE AND ORDERED in Miami, Florida this _____ day of February 2026.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE

Copy to:  Clerk of Court
           Pretrial Services
           Probation Services