UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 19-CR-20674-GAYLES

UNITED STATES OF AMERICA,

    Plaintiff,

Vs.

JOSE RIVERA GARCIA,
    Defendant,
_____/

### ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO RELEASE AND DISCHARGE BOND

**THIS CAUSE** having come before the Court on Defendant's Unopposed Motion to Release and Discharge Bond [ECF No. 1177], and the Court having been otherwise fully advised of the premises herein, it is

**ORDERED AND ADJUDGED** that the Defendants' Motion to Release and Discharge Bond is hereby **GRANTED**.

It is further ordered that the cash bond heretofore posted by Annette Linares in the amount of $15,000.00, plus any accrued interest, be returned to Annette Linares.

**DONE AND ORDERED** in Miami, Florida this 10th day of February 2026.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE

Copy to: Clerk of Court
         Pretrial Services
         Probation Services