UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 19-CR-20674-GAYLES

UNITED STATES OF AMERICA,
    *Plaintiff,*

Vs.

JOSE RIVERA GARCIA,
    *Defendant.*
_____/

## AMENDED MOTION TO EXONERATE AND DISCHARGE DEFENDANT JOSE RIVERA GARCIA'S BOND

The Defendant, Jose Rivera Garcia, by and through undersigned counsel, hereby files this Amended Motion to Exonerate and Discharge Bond, and as grounds, therefore, would state the following:

1. On February 10, 2026, the Defendant filed his Unopposed Motion for Disbursement of Bond [DE 1177].

2. On that same date, February 10, 2026, the Court entered its Order granting the Unopposed Motion to Release and Discharge the bond [DE 1178].

3. On February 11, 2026, the undersigned received an email from the United States Clerk requesting that an Amended Order be sought releasing the funds to Multimedia Printing LLC ($7000.00) and A Plus Behavior Solutions Inc ($8000.00) rather than Annette Linares the owner of said LLCs.

4. Undersigned counsel has communicated with AUSA Frank Tamen who has stated that the Government has no objection to this Honorable Court granting this amended motion.

WHEREFORE, the Defendant, Jose Rivera Garcia, respectfully requests that this Honorable Court grant this Amended Motion to Exonerate and Discharge the bond in this case and order that the cash bond be returned plus any accrued interest to Multimedia Printing LLC and A Plus Behavior Solutions Inc.

Respectfully submitted,

By: s/ *Michael R. Band*

Michael R. Band
Florida Bar No. 228338

MICHAEL R. BAND, P.A.
1224 Alfred I. DuPont Building
I69 East Flagler Street
Miami, Forida 33131
Tel: 305.372.8500
Email: michael@bandlawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 11, 2026, the undersigned electronically filed the foregoing document with the Clerk of the Court using CM/ECF, and the same was delivered to all parties in this case in the same manner.

By: s/ *Michael R. Band*

Michael R. Band