UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 19-CR-20674-GAYLES

UNITED STATES OF AMERICA,
    *Plaintiff,*
Vs.

JOSE RIVERA GARCIA,
    *Defendant.*
_____/

### ORDER GRANTING AMENDED MOTION TO EXONERATE AND DISCHARGE DEFENDANT JOSE RIVERA GARCIA'S BOND

THIS CAUSE having come before the Court on the Defendant's Amended Motion to Release and Discharge Bond, and the Court having been otherwise fully advised in the premises herein, it is

**ORDER AND ADJUDGED** that the Defendant's Amended Motion to Release and Discharge the Bond is hereby **GRANTED.**

It is further **ORDERED** that the cash bond heretofore posted by Multimedia Printing LLC in the amount of $7000.00 and A Plus Behavior Solutions Inc in the amount of $8000.00, plus any accrued interest, be returned to Multimedia Printing LLC and A Plus Behavior Solutions Inc.

**DONE AND ORDERED** in Miami, Florida this ___ day of February 2026.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE

Copy to: Clerk of Court