UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 19-CR-20674-GAYLES

UNITED STATES OF AMERICA,
    *Plaintiff,*
Vs.

JOSE RIVERA GARCIA,
    *Defendant.*
_____/

## ORDER GRANTING AMENDED MOTION TO EXONERATE AND DISCHARGE DEFENDANT JOSE RIVERA GARCIA'S BOND

**THIS CAUSE** having come before the Court on the Defendant's Amended Motion to Release and Discharge Bond [ECF No. 1179], and the Court having been otherwise fully advised in the premises herein, it is

**ORDER AND ADJUDGED** that the Defendant's Amended Motion to Release and Discharge the Bond is hereby **GRANTED.**

It is further **ORDERED** that the cash bond heretofore posted by Multimedia Printing LLC in the amount of $7000.00 and A Plus Behavior Solutions Inc in the amount of $8000.00, plus any accrued interest, be returned to Multimedia Printing LLC and A Plus Behavior Solutions Inc.

**DONE AND ORDERED** in Miami, Florida this 12th day of February 2026.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE

Copy to: Clerk of Court